IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT PLAINTIFF

v. Civil No. 10-2061

LT. WEAVER, Van Buren Police Department (VBPD); LT. BRENT GRILL, VBPD; DETECTIVE DICKERSON, VBPD; DETECTIVE EVERSOLE, VBPD; THE VAN BUREN POLICE DEPARTMENT; OFFICER RIGGS, VBPD; and JOHN DOE OFFICERS 1-3

DEFENDANTS

**O R D E R**

Plaintiff filed a civil rights action pursuant to the provisions of 42 U.S.C. § 1983. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Robert Scott Philpott, complete and sign the attached addendum to his complaint, and return the same to the court **by October 13, 2010. Plaintiff is advised that should he fail to return the completed and executed addendum by October 13, 2010, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 21st day of September 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT PLAINTIFF

v. Civil No. 10-2061

LT. WEAVER, Van Buren Police Department (VBPD); LT. BRENT GRILL, VBPD; DETECTIVE DICKERSON, VBPD; DETECTIVE EVERSOLE, VBPD; THE VAN BUREN POLICE DEPARTMENT; OFFICER RIGGS, VBPD; and JOHN DOE OFFICERS 1-3

DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: ROBERT SCOTT PHILPOTT

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by October 13, 2010**. Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege that your constitutional rights were violated on March 26, 2010, when you were arrested by Lt. Weaver and your car searched. During the search, you indicate some of your legal papers were lost.

You indicate you were charged with rape and the possession of a weapon. You allege

Lt. Grill made statements to the newspaper that were false. You indicate you were held illegally for a number of days.

1. Are the rape and carrying a weapon charges still pending?

Answer: Yes _____ No ______.

If you answered yes, please state what court the charges are in and whether you have a trial date.

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

If you answered no, please explain: (a) what happened to the charges; (b) if the charges were dropped or dismissed give the dates this occurred on; and (c) attach a copy of the court order or court docket sheet.

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

---

2. Did you file a motion to suppress the items found in the car during the search?

Answer: Yes _______ No _______.

If you answered yes, please state whether the motion to suppress is still pending and if it has been ruled on state what the ruling was.

---

---

---

---

---

---

If you answered no, please state why no motion to suppress was filed.

---

---

---

---

---

---

3. Was there a warrant for your arrest?

Answer: Yes _______ No _______.

If you answered no, please state whether the woman who accused you of rape was present when you were arrested.

---

4. You allege Lt. Weaver falsely arrested you and illegally searched your vehicle. With respect to Lt. Grill, you allege he made false statements to the newspapers. With respect to the remaining defendants you have not said how they violated your federal constitutional rights. Please state how each of the following defendants violated your constitutional rights:

Detective Dickerson:

Detective Eversole:

Officer Rigsby:

5. You have named Officers John Doe 1 to 3 as defendants. Do you have any information that would help identify these individuals? For example, the date and time they allegedly violated your rights, how they violated your rights, where you were at the time, etc.

6. You state you were slandered. Please explain in detail how you were slandered.

Answer:

7. You indicate a public intoxication charge was dropped after you were given a Breathalyzer. Please explain how this violated your federal constitutional rights.

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

ROBERT SCOTT PHILPOTT

DATE