IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT                                                                 PLAINTIFF

      v.                              Civil No. 10-2061

LT. WEAVER, Van Buren
Police Department (VBPD); LT.
BRENT GRILL, VBPD; DETECTIVE
DICKERSON, VBPD; DETECTIVE
EVERSOLE, VBPD; THE VAN
BUREN POLICE DEPARTMENT;
OFFICER RIGGS, VBPD; and JOHN
DOE OFFICERS 1-3
                                                                                          DEFENDANTS

**O R D E R**

On July 2, 2010, the plaintiff filed a motion for order directing service on the defendants (Doc. 10). On September 21, 2010, plaintiff was directed (Doc. 11) to file an addendum to the complaint. On October 12, 2010, the addendum was filed (Doc. 12).

The motion for an order of service (Doc. 10) is granted. The court notes that the plaintiff indicated in his addendum that the defendant listed as Officer Rigsby is actually Officer Riggs. **The clerk is directed to note on the docket sheet that the correct name of this defendant is Officer Riggs**. The Van Buren Police Department is a building not subject to suit under 42 U.S.C. § 1983. **The clerk is directed to substitute Chief of Police Kenneth Bell as a defendant in place of the Van Buren Police Department.** The court hereby directs the United States Marshal to serve the defendants Lt. Weaver, Lt. Brent Grill, Detective Dickerson, Detective Eversole, Officer Riggs, and Chief Bell.

The defendants may be served at the Van Buren Police Department, 111 South 11th Street, Van Buren, AR 72956. Defendants are to be served without prepayment of fees and

costs or security therefor. The defendants are ordered to answer within twenty-one (21) days from the date of service.

      IT IS SO ORDERED this 19th day of October 2010.

                                    /s/ *J. Marschewski*
                            HON. JAMES R. MARSCHEWSKI
                            CHIEF UNITED STATES MAGISTRATE JUDGE