```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

ROBERT S. PHILPOTT                                          PLAINTIFF

v.                               Case No. 10-2061

LT. Plaintiff, Van Buren Police
Department (VBPD); LT. BRENT GRILL,
VBPD; DETECTIVE DICKERSON, VBPD;
DETECTIVE EVERSOLE, VBPD; THE VAN
BUREN POLICE DEPARTMENT; OFFICER
RIGGS, VBPD and JOHN DOE OFFICERS 1-3                      DEFENDANTS

## ORDER

Now on this 21st day of March 2012, there comes on for consideration the report and recommendation filed herein on February 14, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 47). Plaintiff was granted an extension of time to March 16, 2012, to file objections to the report and recommendation. Plaintiff filed his objections on March 12, 2012 (doc. 50), and the objection time has passed. Despite the fact that Plaintiff's objections are non-specific and merely ask the Court to reconsider the Magistrate's report and recommendation, the Court has conducted a *de novo* review.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 26) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH

PREJUDICE as to any federal claims.  To the extent the Complaint can be read to assert any state law claims, the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c).  Plaintiff's Motion for Summary Judgment (doc. 39) is DENIED.

    IT IS SO ORDERED.

                                         /s/  Robert  T.  Dawson
                                         Honorable Robert T. Dawson
                                         United States District Judge